IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:   **Sherry Shaw**<br><br>Debtor(s) | **Case 09 B 30976**<br><br>**Judge Pamela S Hollis** |

NOTICE OF WITHDRAWAL

Now comes STANDING TRUSTEE, MARILYN O. MARSHALL, through Anthony Olivadoti, one of her attorneys, and withdraws her **Notice of Payment of Final Mortgage Cure**, docket number 49, filed on April 18, 2013.

Marilyn O. Marshall, Trustee

BY: _____/s/ Anthony Olivadoti_____
Anthony Olivadoti, Attorney

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

**Ernesto D Borges Jr Esq, Attorney for the debtor**
notice@billbusters.com

And I certify that I have mailed by United States Postal Service the Notice to the following non-ECF participant on the same date, from the address below:

IServe Servicing, 222 W Las Colinas Blvd, Suite 1252 E, Irving, TX 75039

Office of the Chapter 13 Trustee, Marilyn O Marshall
224 S. Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300